JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Axel Roman-Rodriguez,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>City of Montclair;<br>Sergeant Brandon<br>Kumanski; Officer N.<br>Medina; and Officer E.<br>Rivera,<br><br>　　　　　　Defendants. | Case No. EDCV 14-224 JGB<br>(DTBx)<br><br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, Defendant Brandon Kumanski's Motion for Summary Judgment is hereby GRANTED.

　　Defendant Kumanski was the only remaining defendant in this case. Therefore, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: November 13, 2015　　　　　　　　_____

　　　　　　　　　　　　　　　　　Jesus G. Bernal
　　　　　　　　　　　　　　　United States District Judge

1